1  MATTHEW G. JACOBS (SBN 122066)
   matthew.jacobs@dlapiper.com
2  STEVEN S. KIMBALL (SBN 154925)
   steven.kimball@dlapiper.com
3  DLA PIPER LLP (US)
   400 Capitol Mall, Suite 2400
4  Sacramento, CA  95814-4428
   Tel:  916.930.3200
5  Fax:  916.930.3201

6  Attorneys for Defendant
   Brownstone, LLC
7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10 BIG SANDY RANCHERIA OF            CASE NO.  2:11-cv-3495 CAS(AGRx)
   WESTERN MONO INDIANS, et
11 al.,                             **ORDER ON STIPULATION OF
                                    DISMISSAL OF ENTIRE ACTION**
12         Plaintiffs,
                                    Judge:  Hon. Christina A. Snyder
13         v.

14 BROWNSTONE, LLC,
                                         JS-6
15         Defendant.

16 ─────────────────────────

17 AND RELATED
   COUNTERCLAIM
18

19        The Court having reviewed the parties' Stipulation of Dismissal of Entire

20 Action ("Stipulation") and the conditions contained therein, IT IS HEREBY

21 ORDERED THAT:

22        The Stipulation is approved and this action is dismissed without prejudice

23 subject to the conditions set forth in the Stipulation.

24        IT IS SO ORDERED.

25 Dated:  June 11, 2012

26                              _Christina A. Snyder_

27                         _____
                              United States District Court Judge
28

DLA PIPER LLP (US)
   SACRAMENTO          WEST\233109842.1              -1-